UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRESTBROOK INSURANCE COMPANY, an Ohio corporation,

Plaintiff,

v.

GRIFFIN LEW, NICHOLAS BEAVER, KEITH HEFFERNAN, and TAMI FUJI,

Defendants.

NO. 2:18-cv-00529-RSM

**ORDER GRANTING MOTION TO MODIFY THE COURT'S ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT**

At the request of counsel (Dkt. No. 7), an extension of time for all FRCP 26-related dates is granted.

It is FURTHER ORDERED that the Initial Scheduling Deadlines are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference: | 05/18/2018 | 07/17/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 05/25/2018 | 07/24/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | 06/01/2018 | 07/31/2018 |

DATED this 25th day of May, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO MODIFY THE COURT'S ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT - 1
(2:18-cv-529-RSM)
6482911.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600